54 A.3d 12

**Stanley BROWN, Petitioner**

v.

**John W. PERSON, Esq., Deputy Prothonotary, Respondent.**

**No. 119 EM 2012.**

Supreme Court of Pennsylvania.

Sept. 25, 2012.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of September, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**